UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYSTATE HEALTH SYSTEM, INC., <br> Plaintiff, <br><br> v. <br><br> JAMES CALDAROLA and <br> JEFFREY HALLS, <br>    d.b.a. BAYSTATE HEARING AIDS, <br>                               Defendants. | Civil Action No. <br><br> **04-30099-MAP** <br><br> PLAINTIFF'S RULE 7.1 <br> DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Baystate Health System, Inc., hereby states that it has no parent corporation. Plaintiff further states that no publicly held corporation holds 10% or more of its stock.

Dated: May 20, 2004

Respectfully submitted,
BAYSTATE HEALTH SYSTEM, INC.
By Its Attorneys,

*/s/ James C. Duda*
James C. Duda
BBO No. 551207
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
413-781-2820
Fax: 413-272-6806
e-mail: jduda@bulkley.com

Mary Bonzagni
BBO No. 553771
Holland & Bonzagni, P.C.
171 Dwight Road
Longmeadow, MA 01106
413-567-2076
Fax: 413-567-2079
e-mail: mrb@hblaw.org