UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BAYSTATE HEALTH SYSTEM, INC., <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 04-30099-MAP |
| v. | ) <br> ) | **Joint Scheduling Statement** |
| JAMES CALDAROLA and <br> JEFFREY HALLS, <br> d.b.a. BAYSTATE HEARING AIDS, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) | |

**JOINT SCHEDULING STATEMENT FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to the Notice of Scheduling Conference dated July 21, 2004, and in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, counsel for Plaintiff and counsel for Defendants submit the following:

**A.   Proposed Agenda of Matters to Be Discussed At Scheduling Conference**

1. Establishment of a Pretrial Schedule, including discovery, motions, amendments to pleadings and case management conference.

2. Plaintiff's settlement proposal and Defendants' response thereto.

3. Election not to proceed before the Magistrate.

**B.   Proposed Pretrial Schedule**

| | Event | Deadline |
|---|---|---|
| 1. | Completion of automatic disclosure | September 14, 2004 |
| 2. | Filing of amendments to pleadings | February 1, 2005 |
| 3. | Completion of non-expert discovery, including non-expert depositions, and case management conference | March 1, 2005 |
| 4. | Disclosure of expert witnesses per Fed. R. Civ. P. 26(a)(2) | April 1, 2005 |
| 5. | Additional expert disclosures intended to contradict or rebut a party's expected expert testimony | May 2, 2005 |
| 6. | Completion of depositions of expert witnesses | July 1, 2005 |
| 7. | Filing of dispositive motions | September 1, 2005 |

8. Filing of opposition to dispositive motions     October 1, 2005

9. Filing of replies to oppositions to dispositive motions     October 15, 2005

**C.**     **Settlement Proposal**

Plaintiff has submitted a settlement proposal to counsel for Defendants.

**D.**     **Certification of Counsel Regarding Budget and Alternative Dispute Resolution**

Certifications signed by counsel and a representative of each party affirming that the party has conferred with counsel regarding establishing a budget for the costs of litigation and regarding use of alternative dispute resolution in this litigation will be submitted to the Court at the initial scheduling conference on August 31, 2004.

Dated: August 6, 2004

Respectfully submitted:

| The Plaintiff<br>Baystate Health System, Inc. | The Defendant<br>James Caldarola and Jeffrey Halls, d.b.a.<br>Baystate Hearing Aids |
|---|---|
| *[signature]*<br>James C. Duda<br>BBO No. 551207<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, Massachusetts 01115<br>Tel. (413) 781-2820<br>Fax (413) 272-6806<br>e-mail: jduda@bulkley.com | *[signature]*<br>Adolphe A. Storey<br>BBO No. 480660<br>264 Main Street<br>East Longmeadow, Massachusetts 01028<br>Tel. (413) 525-4151<br>Fax. (413) 525-8568 |
| Mary Bonzagni<br>BBO No. 553771<br>Holland & Bonzagni, P.C.<br>171 Dwight Road<br>Longmeadow, MA 01106<br>Tel. (413) 567-2076<br>Fax: (413) 567-2079<br>e-mail: mrb@hblaw.org | Of Counsel:<br>Bruce A. Tassan, Esq.<br>Tassan & Hardison<br>4143 27th Street North<br>Arlington, Virginia 22207-5211<br>Tel: (703) 522-4583<br>Fax: (703) 522-5306<br>e-mail: maria@tassan.com |