UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BAYSTATE HEALTH SYSTEM, INC.,    )
                                 )
    Plaintiff,                   )
                                 )
    v.                           )    Civil Action No. 04CV30099
                                 )
JAMES CALDAROLA and JEFFREY HALLS,)
 d.b.a. BAYSTATE HEARING AIDS,   )
                                 )
    Defendants.                  )

## MOTION TO APPEAR *PRO HAC VICE*

I, Adolphe A. Storey, an active member in good standing of the United States District Court for the District of Massachusetts, request that this court admit *pro hac vice* Bruce A. Tassan, an attorney admitted to practice in the Commonwealth of Virginia, District of Columbia, United States Supreme Court, United States District Court for the District of Columbia, United States Court of Appeals, and the U.S. Patent and Trademark Office, but not admitted to the bar of this court, who will be co-counsel for the Defendants in this case.

The required filing fee of $50 and a certificate of good standing from the Commonwealth of Virginia for Bruce A. Tassan is attached hereto.

Respectfully submitted,

Dated: 8/31/04

By: *(signature)*
Adolphe A. Storey
BBO No. 482660
Attorney for Defendants
62 Baymor Drive
East Longmeadow, Massachusetts 01028
Tel: (413) 525-2904
Fax: (413) 525-8568

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYSTATE HEALTH SYSTEM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES CALDAROLA and JEFFREY HALLS,) <br> d.b.a. BAYSTATE HEARING AIDS, ) <br> ) <br> Defendants. ) | Civil Action No. 04CV30099 |

### ORDER ADMITTING COUNSEL *PRO HAC VICE*

On the motion of Adolphe A. Storey, an active member in good standing of the United States District Court for the District of Massachusetts, to have Bruce A. Tassan admitted *pro hac vice* as an attorney of record for Defendants in the above-captioned matter, the court finds that said motion is well taken and should be granted. It is therefore,

ORDERED AND ADJUDGED that Bruce A. Tassan be, and hereby is, admitted *pro hac vice* as an attorney representing Defendants in this matter.

SO ORDERED this the _____ day of _____, 2004.

_____
Judge

David P. Bobzien, President
P.O. Box 8695
Reston, Virginia 20195-8695
Telephone: (703) 324-2603

Phillip V. Anderson, President-elect
Frith, Anderson & Peake, P.C.
29 Franklin Road
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

Jeannie P. Dahnk, Immediate Past President
P.O. Box 207
Fredericksburg, Virginia 22404-0207
Telephone: (540) 373-8600

Barbara Ann Williams
Bar Counsel

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

*August 13, 2004*

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **BRUCE ALAN TASSAN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. TASSAN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 30, 1981**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

## AFFIDAVIT OF PROPOSED ADMITTEE

I, Bruce A. Tassan, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am currently a member in good standing of the bars of the Commonwealth of Virginia, District of Columbia, United States Supreme Court, United States District Court for the District of Columbia, United States Court of Appeals, and the U.S. Patent and Trademark Office, but not admitted to this court;

2. There are no disciplinary proceedings pending against me as a member of the bar in any of the above jurisdictions; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Further affiant sayeth not.

Dated: August 23, 2004

By: /s/ Bruce A. Tassan
Bruce A. Tassan, Esq.
Attorney for Defendants
Tassan & Hardison
4143 27th Street North
Arlington, Virginia  22207-5211
Tel:  (703) 522-5305
Fax:  (703) 522-5306
E-mail:  tm@tassan.com

-2-