UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAYSTATE HEALTH SYSTEM, INC., )
          Plaintiff )
)
v. )    Civil Action No. 04-30099-MAP
)
)
JAMES CALDEROLA and JEFFREY )
HALLS d/b/a BAYSTATE HEARING )
AIDS, )
          Defendants )

SCHEDULING ORDER
August 31, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by September 14, 2004.

2. All non-expert discovery, including non-expert depositions, shall be completed by March 1, 2005.

3. The parties shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by April 1, 2005.

4. Rebuttal expert disclosures shall be completed by May 2, 2005.

5. All expert depositions shall be completed by July 1, 2005.

6. By September 1, 2005, Plaintiff shall file its motion for summary judgment

or notify the court in writing that no such motion will be filed.

7. By September 30, 2005, Defendants shall file their motion of summary judgment or notify the court in writing that no such motion will be filed.

8. If no party will be filing a dispositive motion, counsel shall appear for a case management conference on October 5, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: August 31, 2004

       /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge