UNITED STSTES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYSTATE HEALTH SYSTEM, INC., )<br>Plaintiff, )<br>)<br>V. )<br>)<br>)<br>)<br>JAMES CALDEROLA and )<br>JEFFREY HALLS, )<br>   d.b.a. BAYSTATE HEARING AIDS, )<br>Defendants ) | Civil Action No. 04-30099 MAP<br><br>**LOCAL RULE 16.1(D)(3)**<br>**CERTIFICATION** |

Defendant Baystate Hearing Aids, and their counsel, affirm that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses—of litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Defendant
**BAYSTATE HEARING AIDS**

By _____
   James Calderola

August 31, 2004

t

_____
Adolphe A. Storey, Esquire
BBO# 482660
Attorney at Law
264 North Main Street, Suite 12
East Longmeadow, MA 01028
Tel. 413-525-4151
FAX 413-525-8568