AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

BAYSTATE HEALTH SYSTEM, INC.,
   Plaintiff,
      v.
JAMES CALDAROLA and JEFFREY HALLS
 d.b.a. BAYSTATE HEARING AIDS,
   Defendants.

**APPEARANCE**

Case Number: 04-30099-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    James Caldarola and Jeffrey Halls, d.b.a. Baystate Hearing Aids.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 3, 2004 | *[signature]* |
| Date | Signature |
| | Bruce A. Tassan |
| | Print Name     Bar Number |
| | 4143 27th Street N. |
| | Address |
| | Arlington    VA    22207-5211 |
| | City    State    Zip Code |
| | (703) 522-5305    (703) 522-5306 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

I, the undersigned, swear under penalty of perjury that a true copy of the above document was served upon the following attorneys of record for each other party by mail on September 3, 2004:

James C. Duda
Bulkley, Richardson and Gelinas, LLP
1500 Main Street
Suite 2700
Springfield, Massachusetts 01115

Mary R. Bonzagni, Esq.
Holland & Bonzagni, P.C.
Longmeadow Professional Park
171 Dwight Road
Longmeadow, Massachusetts 01106

By: _____
Maria v. Hardison