UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BAYSTATE HEALTH SYSTEM, INC., | ) | Civil Action No. 04-30099-MAP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION** |
| JAMES CALDAROLA and | ) | **OF** |
| JEFFREY HALL, | ) | **DISMISSAL** |
| d.b.a. BAYSTATE HEARING AIDS, | ) | |
| Defendants. | ) | |
| | ) | |

This case having been settled, all parties to this action, pursuant to Local Rule 68.2, hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted by any party to this action, including within the Complaint and the Answer and Counterclaims, each party to bear its own costs.

Respectfully submitted,

BAYSTATE HEALTH SYSTEM, INC.
By its Attorneys:

_____
James C. Duda
 BBO No. 551207
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
413-781-2820
Fax: 413-272-6806
e-mail: jduda@bulkley.com

Mary Bonzagni
 BBO No. 553771
Holland & Bonzagni, P.C.
171 Dwight Road
Longmeadow, MA 01106
413-567-2076
Fax: 413-567-2079
e-mail: mrb@hblaw.org

JAMES CALDAROLA and JEFFREY HALL,
d.b.a. BAYSTATE HEARING AIDS,
By their Attorneys:

_____
Adolphe A. Storey
 BBO No. 480660
62 Baymor Drive
East Longmeadow, MA 01028
413-525-2904
Fax: 413-525-5568
e-mail: storey62@verizon.net

Of Counsel:
Bruce A. Tassan
Tassan & Hardison
4143 27th Street North
Arlington, Virginia 22207-5211
703-522-5305
Fax: 703-522-5306
e-mail: tm@tassan.com

Dated: April 26, 2005